

**FILED**
10/15/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (Rev. 11/11) Criminal Complaint       AUSA Kavitha J. Babu (312) 353-1980

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ANDREW BOLTZ

CASE NUMBER: 20CR734

**UNDER SEAL**

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about January 26, 2020, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2251(a) | knowingly employed, used, persuaded, induced, and enticed a minor, namely Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction defendant knew and had reason to know would be transported and transmitted using any means and facility of interstate and foreign commerce, and which visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

MICHAEL BARKER
Special Agent, Federal Bureau of Investigation

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: October 15, 2020

_Judge's signature_

City and state: Chicago, Illinois

SHEILA M. FINNEGAN, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**AFFIDAVIT**

I, MICHAEL BARKER, being duly sworn, state as follows:

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for 12 years. My current responsibilities include the investigation of child exploitation and child pornography.

2.     This affidavit is submitted in support of a criminal complaint alleging that Andrew BOLTZ has violated Title 18, United States Code, Section 2251(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging BOLTZ with sexual exploitation of a child, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3.     This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents and from persons with knowledge regarding relevant facts.

## I.    FACTS SUPPORTING PROBABLE CAUSE

4.     In summary, defendant Andrew BOLTZ, a 21-year-old male, communicated with minor girls to entice them to engage in sexually explicit conduct for the purpose of producing child pornography, using text messages and mobile social

networking applications. Specifically, as outlined further below, BOLTZ communicated with a 16 year-old girl (Minor A) via text message to request and receive photographs of Minor A's genitalia. As more fully described below, on or about January 26, 2020, BOLTZ enticed Minor A into sending a photograph of her vagina. At BOLTZ's direction, Minor A captured an image of herself touching her vagina while in the shower, and sent the image, via text message, to BOLTZ.

### A. BOLTZ's Interactions with Minor A

5.        As described further below, law enforcement conducted a forensic interview of Minor A on May 13, 2020. According to Minor A, in or around December 2019, Minor A and BOLTZ began communicating via Omegle[1] and began almost immediately to have conversations of a sexual nature. On or about January 12, 2020, BOLTZ and Minor A began communicating via Snapchat.[2] During the interview,

---

[1]Based on my training and experience, and on information provided by Omegle, Omegle is a social media application that allows users to meet anonymously in groups based on common interests.

[2] Based on my training and experience, and on information provided by Snap, I know that Snapchat is a popular mobile messaging application for sending and receiving "self-destructing" messages, pictures, and videos. Snapchat offers four primary ways for users to communicate with each other: (1) Snaps: A user takes a photo or video using their camera phone in real-time. The user then selects a time limit of 1-10 seconds for the receiver to view the photo or video. A user can elect to have the photo/video saved in their phone's photo gallery or just sent via Snapchat, without being saved. The photo/video can then be sent to a friend in Snapchat. The snap is deleted after the selected amount of time. If a recipient attempts to take a screenshot of the snap to save on his/her phone, the application will notify the sender of this behavior. Snapchat states that it deletes each snap from its servers once all recipients have viewed it. If a snap has not been viewed by all recipients, Snapchat states that it retains the snap for thirty days; (2) Memories: Memories is Snapchat's cloud-storage service. Users can save their sent or unsent Snaps, posted Stories, and photos and videos from their phone's photo gallery in Memories. A user can also edit and send Snaps and create Stories from these Memories. Snaps, Stories, and other photos and videos saved in Memories are backed up by Snapchat and may remain in Memories until deleted by the user; (3) Stories: A user can also add the photo/video Snap to their "Story." Depending on the user's privacy

Minor A identified her Snapchat username ("Minor A Snapchat 1") and her phone number ("Minor A Phone 1"). Minor A stated that she communicated with BOLTZ via Snapchat and phone. She told law enforcement that BOLTZ used the Snapchat username "boltzsr98" ("Boltz Snapchat 1") and the phone number (419)-679-8572 ("Boltz Phone 1").[3]

6. Additionally, on January 13, 2020, Minor A asked the user of Boltz Snapchat 1 to send a photograph of himself, which he did. Law enforcement compared that photograph to a known photograph of BOLTZ from law enforcement databases, and determined that it appeared to be the same person.

7. According to phone records, Boltz Phone 1 is subscribed to by Joe Shmoe, to an address on the 200 block of West Espy in Kenton, Ohio, which is the residence of Individual A, BOLTZ's mother. Additionally, an associated phone number listed on the account of Boltz Phone 1 ended in x2697, which is registered to Individual A.[4]

---

settings, the photos and videos added to a Story can be viewed by either all Snapchatters or just the user's friends for up to 24 hours. Stories can also be saved in Memories, and (4) Chats: A user can also type messages to friends within the Snapchat app using the Chat feature. A user sends a Chat message to a friend, and once it is viewed by both parties – and both parties swipe away from the Chat screen – the message will be cleared. Within the Snapchat app itself, a user can opt to save part of the Chat by tapping on the message (text or photo) that he or she wants to keep. The user can clear the message by tapping it again.

[3] Minor A consented to the search of her phone by local law enforcement. Local law enforcement served search warrants on Snapchat for the contents of the accounts Minor A Snapchat 1 and Boltz Snapchat 1.

[4] According to jail calls between BOLTZ and the phone number ending in x2697, the female user of the phone number ending in x2697 referred to herself by her first name and BOLTZ referred to the woman as "Mama."

### 1. BOLTZ Communicated with Minor A using Snapchat

8.      On or about January 12, 2020, BOLTZ and Minor A began communicating by Snapchat. According to Minor A, Minor A would send Snapchat videos to BOLTZ and BOLTZ would respond via Snapchat chat messages because his children or others were nearby in his home and he could not send videos.[5] Specifically, at approximately 10:56:14 p.m. on January 12, 2020, BOLTZ, using Boltz Snapchat 1, and Minor A, using Minor A Snapchat 1, had the following conversation via Snapchat:

| | |
|---|---|
| BOLTZ: | I want something into your pussy […] |
| BOLTZ: | Then you taste it |
| Minor A: | Ok I can do that |
| Minor A: | I've done that before |
| BOLTZ: | Something bigger that the vibrator |
| BOLTZ: | In one video |
| Minor A: | I don't have anything bigger than the vibrator |
| BOLTZ: | All the way in |
| BOLTZ: | Okay. Then show me. From start before it goes in until it goes down your throat |
| Minor A: | Ok daddy |
| BOLTZ: | And I'm gonna save it ok? |

---

[5] As described in Section B above, Snapchat users can elect to have videos and photos self-delete after the recipient has viewed the files. When shown the Snapchat communications between BOLTZ and herself, Minor A told law enforcement that she responded by sending videos via Snapchat but her video responses were not included in the Snapchat communications between BOLTZ and herself.

> Minor A: Idk [I don't know] how ur [you're] gonna save a snap video but ok
>
> BOLTZ: Can't you? I thought you could. Oh well. NVM [nevermind] then
>
> BOLTZ: Just send it!!
>
> Minor A: I can do it lmao [laughing my ass off]
>
> BOLTZ: Save it then send it in chat
>
> BOLTZ: Hurry!

9.     On or about January 13, 2020, beginning at approximately 1:08:53 a.m., BOLTZ, using Boltz Snapchat 1, sent the following messages to Minor A, who was using Minor A Snapchat 1:

> BOLTZ: [1:08:53 a.m.] Send me another pic of your asshole in doggy please
>
> BOLTZ: [1:10:01 a.m.] I'm drooling
>
> BOLTZ: [1:10:12 a.m.] Spread your pussy and do that
>
> BOLTZ: [1:11:40 a.m.] Thank you!!

10.     On or about January 13, 2020, at approximately 9:41:41 p.m. BOLTZ, using Boltz Snapchat 1, sent Snapchat messages to Minor A, who was using Minor A Snapchat. During their conversation, Minor A tells BOLTZ that she is only 16 years old.

> BOLTZ: I got kids
>
> Minor A: Aweeee[.] How old?
>
> BOLTZ: Oaky, I just thought you should know[.] 1 and 2
>
> Minor A: Aweeee

BOLTZ:      A son and a daughter

Minor A:    You arent still with their mom right? Like you're single right?

BOLTZ:      I am single. Yes.

Minor A:    Do you have pictures of them? I love kids[.] Omg they are sooo cute

            Okay youve got me

BOLTZ:      Well that was easy. Lol [laugh out loud]

Minor A:    Yep[.] Kids are my weakness[.]  Pets are even more of a weakness so

BOLTZ:      I got three dogs and two cats lol

Minor A:    Omggggggg [.] Just take me home nowwwww

BOLTZ:      You're only 16 ain't ya?

Minor A:    Yep

BOLTZ:      You could always spend the weekend if you wanted

## 2.   BOLTZ Persuaded and Enticed Minor A to Engage in Sexually Explicit Conduct

11.     On January 26, 2020, BOLTZ asked to see VICTIM A's vagina.  Data recovered from VICTIM A's cellular telephone shows that VICTIM A took a photo of herself touching her vagina in her shower.  Minor A sent the photo to BOLTZ shortly following its creation.

12.     Specifically, at approximately 12:57:26 p.m. on January 26, 2020, BOLTZ, using Boltz Phone 1, said the following to Minor A, who was using Minor A Phone 1:

BOLTZ:      We gonna be on to[o] soon baby so I no text much [BOLTZ was indicating to Minor A that he would shortly be unable to text/communicate with her.]

VICTIM A:   I'm so fucking wet[.] Ok daddy

BOLTZ:      Show me? Show me?

13.     Based on law enforcement's review of Minor A's cellphone, using Minor A Phone 1, Minor A sent an image bearing the file name 60175793140__3D67B29B-7236-466B-8601-733EE31DA4CD.JPG_embedded_1.jpg (hereinafter "Photo 1") to BOLTZ, who was using Boltz Phone 1, at approximately 12:58:51 p.m. This was 11 seconds after BOLTZ asked, "Show me? Show me?" Upon receiving Photo 1, BOLTZ, using Boltz Phone 1, responded "Baby i wanna stretch you" by text message.

14.     As described below, Minor A identified herself in Photo 1. Photo 1 depicts Minor A's body from the upper thighs to the upper chest (including the exposed left breast). Minor A is standing in a shower and the photograph is focused on her exposed vagina. Minor A's left hand is both touching and spreading her vagina.

**B.    Forensic Interview of Minor A**

15.     On May 13, 2020, Minor A participated in a forensic interview with law enforcement about her communications with BOLTZ. During the course of the interview, the interviewer provided Minor A with a series of images and various communications from her phone. Specifically, Minor A was shown a photograph taken on January 27, 2020, of a man dressed in a blue plaid shirt and standing in a

public bathroom. Minor A stated that she received the photo from BOLTZ and that the photo was depicting a man who she understood to be Andrew Boltz.[6]

16.     Minor A was also shown Photo 1, as described above. Minor A identified the photograph as one she took of her own body and sent to BOLTZ at BOLTZ's request. Minor A also identified the contact "Mr. Andrew" in her phone as the contact and telephone number used by the man she knew as Andrew Boltz.

17.     Finally, during the forensic interview of Minor A, Minor A stated that she took multiple nude photographs and participated in chat and video sex at the request of BOLTZ. Minor A also stated that BOLTZ would give her specific direction for what sexual actions she should take in the videos. Minor A stated she then created the requested videos.

### C.     Background of the Defendant

18.     BOLTZ is a 21 year-old male who resides in Kenton, Ohio. He is the father of two children, both under the age of three.

19.     According to local law enforcement, on or about September 4, 2019, BOLTZ lured Minor B, a 13 year-old girl, into his car and drove her from Will County, Illinois to Ohio without the consent of her parents. According to local law enforcement, BOLTZ and Minor B stopped for 30 minutes at a truck stop in Indiana before continuing on to Ohio. According to Minor B, she began communicating with

---

[6] Law enforcement confirmed the photograph of BOLTZ against a known photograph of BOLTZ from law enforcement databases.

BOLTZ via the social media applications Omegle and Kik[7] and text message. BOLTZ

has been charged with child abduction in the Circuit Court of Will County, and the

case is currently pending.

20.    In approximately June or July 2020, according to local law enforcement,

BOLTZ communicated via Omegle with Minor C, a 13 year-old girl, residing in

Norwalk, Ohio. According to local law enforcement, BOLTZ met Minor C on Omegle

and induced Minor C to send multiple sexually explicit photos of herself to BOLTZ by

text message. Additionally, on or about July 3, 2020, according to local law

enforcement, BOLTZ had sex with the 13 year-old Minor C. BOLTZ has been charged

with unlawful sexual conduct with a minor and child pornography offenses in state

court in Ohio, and those charges are currently pending.

## II.    CONCLUSION

21.    Based on the above information, there is probable cause to believe that

BOLTZ knowingly employed, used, persuaded, induced, and enticed a minor, namely

Minor A, to engage in sexually explicit conduct for the purpose of producing a visual

depiction of such conduct, which visual depiction defendant knew and had reason to

know would be transported and transmitted using any means and facility of

interstate and foreign commerce, and which visual depiction was transported and

---

[7] Based on my training and experience, and on information provided by Kik, Kik is a social media application that allows users to communicate through voice, video and audio media, and text messaging.

transmitted using any means and facility of interstate and foreign commerce.

FURTHER AFFIANT SAYETH NOT.

MICHAEL BARKER
Special Agent, Federal Bureau of
Investigation

SWORN TO AND AFFIRMED by telephone October 15, 2020.

Honorable SHEILA M. FINNEGAN
United States Magistrate Judge

10