

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW BOLTZ | No. 20 CR 734  1:20-cr-00734<br>Judge John Robert Blakey<br>Magistrate Judge Sheila M. Finnegan<br><br>Violations: Title 18, United States Code, Sections 2251(a), 2252A(a)(2)(A) and (b)(1). |

**SUPERSEDING INDICTMENT**

### COUNT ONE

The SPECIAL MAY 2022 GRAND JURY charges:

On or about January 12, 2020, at Peru, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANDREW BOLTZ,

defendant herein, attempted to and did employ, use, persuade, induce, and entice a minor, namely Victim A, to engage in sexually explicit conduct, namely lascivious exhibition of the minor's genitalia, and masturbation, for the purpose of producing a visual depiction of such conduct, knowing such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce, and defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce, and which visual depiction was actually transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about January 12, 2020, at Peru, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANDREW BOLTZ,

knowingly received child pornography, as defined in Title 18, United States Code, Sections 2256(8)(A) and (B), including visual depictions of minors engaging in sexually explicit conduct, said child pornography having been shipped or transported using any means or facility of interstate or foreign commerce, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT THREE

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about January 15, 2020, at Peru, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANDREW BOLTZ,

defendant herein, attempted to employ, use, persuade, induce, and entice a minor, namely Victim A, to engage in sexually explicit conduct, namely lascivious exhibition of the minor's genitalia, for the purpose of producing a visual depiction of such conduct, knowing such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce, and defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce, and which visual depiction was actually transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FOUR

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about January 16, 2020, at Peru, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANDREW BOLTZ,

defendant herein, attempted to and did employ, use, persuade, induce, and entice a minor, namely Victim A, to engage in sexually explicit conduct, namely lascivious exhibition of the minor's genitalia, and masturbation, for the purpose of producing a live visual depiction of such conduct, knowing such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce, and defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce, and which visual depiction was actually transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT FIVE

The SPECIAL MAY 2022 GRAND JURY further charges:

On or about January 26, 2020, at Peru, in the Northern District of Illinois, Eastern Division, and elsewhere,

ANDREW BOLTZ,

defendant herein, attempted to and did employ, use, persuade, induce, and entice a minor, namely Victim A, to engage in sexually explicit conduct, namely lascivious exhibition of the minor's genitalia, and masturbation, for the purpose of producing a visual depiction of such conduct, knowing such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate commerce, and defendant knew and had reason to know would be transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce, and which visual depiction was actually transported and transmitted using a means and facility of interstate commerce and in and affecting interstate commerce;

In violation of Title 18, United States Code, Section 2251(a).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Jason Yonan on behalf of the
UNITED STATES ATTORNEY