VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

August 27, 2020

FBI CHICAGO
219 S DEARBORN ST SUITE 905
CHICAGO IL 60604

**Verizon Case #: 20183982**
**Docket / File #: 628335**

State of New Jersey

ss:

County of Somerset

I, MATTHEW GRIFFIN, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached digital files of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ MATTHEW GRIFFIN

Certification following USCS Federal Rules of Evidence Rule 902 & 803.