

VERIZON SECURITY COMPLIANCE

180 WASHINGTON VALLEY ROAD

BEDMINSTER NJ 07921

Phone: 800-451-5242 Fax:888-667-0028

August 6, 2022

LEFBIORPIL
15321 S. 94TH AVENUE
ORLAND PARK IL 60462

**Verizon Case #: 22357395**
**Docket / File #: 50D-CG-3255153**

State of New Jersey

ss:

County of Somerset

I, GUERLINE MARCELLUS, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ GUERLINE MARCELLUS

Certification following USCS Federal Rules of Evidence Rule 902 & 803.