

OHIO DEPARTMENT OF PUBLIC SAFETY
BUREAU OF MOTOR VEHICLES

# RECORD REQUEST CERTIFICATION

STATE OF OHIO

FRANKLIN COUNTY

This record has been prepared for:

U.S. DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY/DISTRICT OF ILLINOIS

RE: CASE NO 20 CR 734

This certifies that a search has been made of the file and records of the Ohio Registrar of Motor Vehicles; that the attached documents are true and accurate copies of the files or records of the Registrar; and that the Registrar's official seal has been affixed in accordance with Ohio Revised Code (R.C.) 4501.34(A), which states, in part: "[The Registrar] shall adopt a seal bearing the inscription: 'Motor Vehicle Registrar of Ohio.' The seal shall be affixed to all writs and authenticated copies of records, and when it has been so attached, such copies shall be received in evidence with the same effect as other public records. All courts shall take judicial notice of the seal."

Note: If the notation "NIF" appears on the attached copy, that notation means "not in file" and indicates no record for the above referenced record was found in the files of the Bureau at the time the search was made.

Registrar,
Ohio Bureau of Motor Vehicles

By: E CMAR
    Customer Service Manager

*emily R cmar*

Date: 9/13/2023

Ohio Bureau of Motor Vehicles
Attn: BMV Records
PO Box 16583
Columbus, Ohio 43216-6583
(614) 752-7500

**OFFICIAL**



**SEAL**