UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW BOLTZ | No. 20 CR 734<br><br>Judge John Robert Blakey |

## TRIAL STIPULATION

It is hereby stipulated and agreed by the United States of America, through its attorney, MORRIS PASQUAL, the Acting United States Attorney for the Northern District of Illinois, and defendant ANDREW BOLTZ, individually and through his attorney, that the following facts are true:

## Stipulation 2

The parties hereby agree and stipulate that the following statements are true and accurate and are to be accepted as fact:

1. The images contained in Government Exhibits 5D-1, 5D-2, 5D-3, 5D-5, and 5D-6 are the same images depicted in Government Exhibits 7A-1, 7A-3, and 7A-4.

## Stipulation 3

1. The image contained in Government Exhibits 1G-9, 1Q, and 7B-4 is the same image.

STIPULATED AND AGREED THIS DATE: October 6, 2023,

_____
EDWARD LIVA
ELLY PEIRSON
Assistant U.S. Attorneys

_____
ANDREW BOLTZ
Defendant

_____
MICHAEL LEONARD
MATTHEW CHIVARRI
Counsel for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW BOLTZ | No. 20 CR 734<br><br>Judge John Robert Blakey |

## TRIAL STIPULATION

It is hereby stipulated and agreed by the United States of America, through its attorney, MORRIS PASQUAL, the Acting United States Attorney for the Northern District of Illinois, and defendant ANDREW BOLTZ, individually and through his attorney, that the following facts are true:

### Stipulation 4

The parties hereby agree and stipulate that the following statements are true and accurate and are to be accepted as fact:

In January 2020, Arianna S.'s address was in Peru, Illinois, which is in LaSalle County, in the Northern District of Illinois.

STIPULATED AND AGREED THIS DATE: October 6, 2023,

_____
EDWARD LIVA
ELLY PEIRSON
Assistant U.S. Attorneys

_____
ANDREW BOLTZ
Defendant

_____
MICHAEL LEONARD
MATTHEW CHIVARRI
Counsel for Defendant

1